SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

| | |
|---|---|
| ALEX PACIFICO, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILIARLY SITUATED, | INDEX NO. FILING DATE: |
| Plaintiff, | **SUMMONS WITH NOTICE** |
| -against- | |
| MIDLAND CREDIT MANAGEMENT, INC. and JOHN AND JANE DOES 1-10, | Plaintiff designates SUFFOLK County as the place of trial |
| Defendants. | The basis of the venue is Plaintiff's residence |

---

To the above named Defendant(s):

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 16th day of January 2020, together with the costs of this action and attorney's fees.

TAKE NOTICE that the object of this action and the relief sought is to recover damages for violations of 15 USC 1692, et. seq. and NY GBL § 349 based on Exhibit A and Exhibit B and that in case of your failure to answer, judgment will be taken against you for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 16th day of January 2020, together with the costs of this action and attorney's fees.

Dated:        January 14, 2021

/s/ _____
By: Simon Goldenberg
Law Office of Simon Goldenberg PLLC, Attorney(s) For Plaintiff
818 East 16th Street, Brooklyn, NY, 11230
Tel. (347) 640-4357

Index No.

---

ALEX PACIFICO,
ON BEHALF OF HIMSELF AND ALL OTHERS
SIMILIARLY SITUATED,

                        Plaintiff(s),

    -vs-

MIDLAND CREDIT MANAGEMENT, INC. and
JOHN AND JANE DOES 1-10,

                        Defendant(s).

---

### SUMMONS WITH NOTICE

---

Simon Goldenberg certifies that, to the best of his knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the annexed paper(s) or the contentions therein are not frivolous as defined in 22 NYCRR 130-1.1.(c).

/s/
By: Simon Goldenberg
Law Office of Simon Goldenberg PLLC
Attorney(s) For Plaintiff
818 East 16th Street, Brooklyn, NY, 11230
Tel. (347) 640-4357

FILED: SUFFOLK COUNTY CLERK 01/14/2021 05:57 PM  INDEX NO. 600780/2021
NYSCEF DOC. NO. 2                                     RECEIVED NYSCEF: 01/14/2021
Case 2:21-cv-00661-JMA-SIL   Document 1-1   Filed 02/08/21   Page 3 of 18 PageID #: 5

# EXHIBIT A



**Midland Credit Management**
350 Camino De La Reina
Suite 100
San Diego, CA 92108

1/16/2020

Alex Pacifico
Mastic Beach, NY 11951-2101

| | |
|---|---|
| Original Creditor | CAPITAL ONE BANK (USA), N.A. |
| Current Owner | Midland Credit Management, Inc. |
| Original Account Number | xxxxxxxxxxxx5886 |
| MCM Account Number | |
| Current Balance | $2,011.07 |

You are pre-approved for a 10% discount!
Reply Now MidlandCredit.com
or call 877-653-5260 by 2/15/2020

### Choose The Option That Works For You.

RE: CAPITAL ONE BANK (USA), N.A.

Dear Alex,

Congratulations! You have been pre-approved for a discount program designed to save you money. Act now to maximize your savings and put this debt behind you. Pay today at MidlandCredit.com or call 877-653-5260 now.

| Option 1*: | 10% off | You Pay Only |
| Payment Due Date: | 2/15/2020 | $1,809.96 |

| Option 2**: | 5% off | 6 Monthly Payments of Only |
| First Payment Due Date: | 2/15/2020 | $318.42 |

| Option 3: | Monthly Payments As Low As | $50 per month |
| | Call today to discuss your options and get more details. | |

If these options don't work for you, call one of our Account Managers to help you set up a payment plan that does.

Sincerely,

*Tim Bolin*
Division Manager

*To take advantage of Option 1, log in to MidlandCredit.com, choose "MAKE A PAYMENT" and follow the on-screen instructions. You may also call 877-653-5260.
**Option 2 is only available by calling 877-653-5260.

### Benefits of Paying!
➢ Save up to $201.11
➢ Offer Expiration date: 2/15/2020

MidlandCredit.com
877-653-5260
Hours of Operation
Mon-Fri: 8am – Midnight ET
Sat-Sun: 8am - 7:30pm ET

We are not obligated to renew any offers provided.

MidlandCredit.com | 877-653-5260 | Midland Credit Management, Inc. PO Box 301030 Los Angeles, CA 90030-1030

PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION

---

☐ Check here if you provided updated contact information on the reverse side.

MCM Account Number
Current Balance           $2,011.07
Total Enclosed            $

Mail Payments to:
Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

**Manage Your Account Online**
MidlandCredit.com

**Important Payment Information**
Make checks payable to:
Midland Credit Management
Enter your MCM Account # on all payments

**877-653-5260**
se habla español
877-653-6092



## Important Disclosure Information:

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

### Basic Information

| | | | |
|---|---|---|---|
| Original Creditor | CAPITAL ONE BANK (USA), N.A. | MCM Account Number | |
| Original Account Number | xxxxxxxxxxx5886 | Charge-Off Date | 6/19/2019 |
| Current Creditor *The sole owner of this debt* | Midland Credit Management, Inc. | Current Servicer | Midland Credit Management, Inc. |
| Last Payment Date | 10/31/2018 | Date of Default | 1/14/2019 |

### Important Contact Information

Send Payments to:
Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

Send disputes or an instrument tendered as full satisfaction of a debt to:
Attn: Consumer Support Services
320 E Big Beaver Rd.
Suite 300
Troy, MI 48083
You may also call: 877-746-1462

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

New York City Department of Consumer Affairs License Number 1140603, 1207829, 1207820, 1227728, 2022587, 2023151, 2023152, 2027429, 2027430, 2027431, 2058507

DPRODB

By providing your telephone number below, you authorize MCM or its agents to contact you regarding your account at such number by any means, including calling, texting, using automated dialer systems and automatic telephone dialing systems, and using pre-recorded or artificial voice messages. By providing your e-mail address below, you agree to receive electronic mail communications from MCM or its agents regarding your account at such e-mail address and confirm that such e-mail address is not furnished or owned by your employer.

| Street Address | |
|---|---|
| City | |
| State | |
| ZIP | |
| Email | |
| Cell Phone | |
| Work Phone | |
| Home Phone | |



## Important Disclosure Information:

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

### Basic Information

| | | | |
|---|---|---|---|
| Original Creditor | CAPITAL ONE BANK (USA), N.A. | MCM Account Number | |
| Original Account Number | xxxxxxxxxxx5886 | Charge-Off Date | 6/19/2019 |
| Current Creditor<br>The sole owner of this debt | Midland Credit Management, Inc. | Current Servicer | Midland Credit Management, Inc. |
| Last Payment Date | 10/31/2018 | Date of Default | 1/14/2019 |

### Important Contact Information

Send Payments to:
Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

Send disputes or an instrument tendered as full satisfaction of a debt to:
Attn: Consumer Support Services
320 E Big Beaver Rd.
Suite 300
Troy, MI 48083
You may also call: 877-746-1462

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

New York City Department of Consumer Affairs License Number 1140603, 1207829, 1207820, 1227728, 2022587, 2023151, 2023152, 2027429, 2027430, 2027431, 2058507

DPRODB

---

By providing your telephone number below, you authorize MCM or its agents to contact you regarding your account at such number by any means, including calling, texting, using automated dialer systems and automatic telephone dialing systems, and using pre-recorded or artificial voice messages. By providing your e-mail address below, you agree to receive electronic mail communications from MCM or its agents regarding your account at such e-mail address and confirm that such e-mail address is not furnished or owned by your employer.

Street Address: 
City:                State:         ZIP: 
Email:               Cell Phone: 
Work Phone:          Home Phone:



**Important Disclosure Information:**

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

**Basic Information**

| | | | |
|---|---|---|---|
| Original Creditor | CAPITAL ONE BANK (USA), N.A. | MCM Account Number | |
| Original Account Number | xxxxxxxxxxx5886 | Charge-Off Date | 6/19/2019 |
| Current Creditor The sole owner of this debt | Midland Credit Management, Inc. | Current Servicer | Midland Credit Management, Inc. |
| Last Payment Date | 10/31/2018 | Date of Default | 1/14/2019 |

**Important Contact Information**

Send Payments to:
Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

Send disputes or an instrument tendered as full satisfaction of a debt to:
Attn: Consumer Support Services
320 E Big Beaver Rd.
Suite 300
Troy, MI 48083
You may also call: 877-798-7851

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

New York City Department of Consumer Affairs License Number 1140603, 1207829, 1207820, 1227728, 2022587, 2023151, 2023152, 2027429, 2027430, 2027431, 2058507

DPRODB

------- ✂

By providing your telephone number below, you authorize MCM or its agents to contact you regarding your account at such number by any means, including calling, texting, using automated dialer systems and automatic telephone dialing systems, and using pre-recorded or artificial voice messages. By providing your e-mail address below, you agree to receive electronic mail communications from MCM or its agents regarding your account at such e-mail address and confirm that such e-mail address is not furnished or owned by your employer.

Street Address: [ ]
City: [ ]
Email: [ ]
Work Phone: [ ]
State: [ ]
Cell Phone: [ ]
Home Phone: [ ]
ZIP: [ ]

# EXHIBIT B





## Important Disclosure Information

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

### Basic Information

| | | | |
|---|---|---|---|
| Original Creditor | SYNCHRONY BANK | MCM Account Number | |
| Original Account Number | xxxxxxxxxxxx5336 | Charge-Off Date | 7/12/2019 |
| Current Creditor *The sole owner of this debt* | Midland Credit Management, Inc. | Current Servicer | Midland Credit Management, Inc. |
| Last Payment Date | 11/3/2018 | Date of Default | 1/14/2019 |

### Important Contact Information

| Send Payments to: | Send disputes or an instrument tendered as full satisfaction of a debt to: |
|---|---|
| Midland Credit Management, Inc.<br>PO Box 301030<br>Los Angeles, CA 90030-1030 | Attn: Consumer Support Services<br>320 E Big Beaver Rd.<br>Suite 300<br>Troy, MI 48083<br>You may also call: 877-746-1462 |

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

New York City Department of Consumer Affairs License Number 1140603, 1207829, 1207820, 1227728, 2022587, 2023151, 2023152, 2027429, 2027430, 2027431, 2058507

DPRODB

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

By providing your telephone number below, you authorize MCM or its agents to contact you regarding your account at such number by any means, including calling, texting, using automated dialer systems and automatic telephone dialing systems, and using pre-recorded or artificial voice messages. By providing your e-mail address below, you agree to receive electronic mail communications from MCM or its agents regarding your account at such e-mail address and confirm that such e-mail address is not furnished or owned by your employer.

| | | | |
|---|---|---|---|
| Street Address | | | |
| City | | State | ZIP |
| Email | | Cell Phone | |
| Work Phone | | Home Phone | |



**Important Disclosure Information:**

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

**Basic Information**

| | | | |
|---|---|---|---|
| Original Creditor | SYNCHRONY BANK | MCM Account Number | |
| Original Account Number | xxxxxxxxxxxx5336 | Charge-Off Date | 7/12/2019 |
| Current Creditor<br>The sole owner of this debt | Midland Credit Management, Inc. | Current Servicer | Midland Credit Management, Inc. |
| Last Payment Date | 11/3/2018 | Date of Default | 1/14/2019 |

**Important Contact Information**

Send Payments to:
Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

Send disputes or an instrument tendered as full satisfaction of a debt to:
Attn: Consumer Support Services
320 E Big Beaver Rd.
Suite 300
Troy, MI 48083
You may also call: 877-689-2110

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

New York City Department of Consumer Affairs License Number 1140603, 1207829, 1207820, 1227728, 2022587, 2023151, 2023152, 2027429, 2027430, 2027431, 2058507

DPRODB

By providing your telephone number below, you authorize MCM or its agents to contact you regarding your account at such number by any means, including calling, texting, using automated dialer systems and automatic telephone dialing systems, and using pre-recorded or artificial voice messages. By providing your e-mail address below, you agree to receive electronic mail communications from MCM or its agents regarding your account at such e-mail address and confirm that such e-mail address is not furnished or owned by your employer.

Street Address
City                                State          ZIP
Email                               Cell Phone
Work Phone                          Home Phone



## Important Disclosure Information:

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

### Basic Information

| | | | |
|---|---|---|---|
| Original Creditor | SYNCHRONY BANK | MCM Account Number | |
| Original Account Number | xxxxxxxxxxxx5336 | Charge-Off Date | 7/12/2019 |
| Current Creditor The sole owner of this debt | Midland Credit Management, Inc. | Current Servicer | Midland Credit Management, Inc. |
| Last Payment Date | 11/3/2018 | Date of Default | 1/14/2019 |

### Important Contact Information

| Send Payments to: | Send disputes or an instrument tendered as full satisfaction of a debt to: |
|---|---|
| Midland Credit Management, Inc. PO Box 301030 Los Angeles, CA 90030-1030 | Attn: Consumer Support Services 320 E Big Beaver Rd. Suite 300 Troy, MI 48083 You may also call: 877-875-5578 |

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

New York City Department of Consumer Affairs License Number 1140603, 1207829, 1207820, 1227728, 2022587, 2023151, 2023152, 2027429, 2027430, 2027431, 2058507

DPRODB

By providing your telephone number below, you authorize MCM or its agents to contact you regarding your account at such number by any means, including calling, texting, using automated dialer systems and automatic telephone dialing systems, and using pre-recorded or artificial voice messages. By providing your e-mail address below, you agree to receive electronic mail communications from MCM or its agents regarding your account at such e-mail address and confirm that such e-mail address is not furnished or owned by your employer.

Street Address: _____
City: _____   State: ____   ZIP: _____
Email: _____   Cell Phone: _____
Work Phone: _____   Home Phone: _____