FILED
CLERK

10:26 am, May 13, 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALEX PACIFICO, on behalf of himself and all others similarly situation,<br><br>Plaintiff,<br><br>- against-<br><br>MIDLAND CREDIT MANAGEMENT, INC., and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-00661-JMA-SIL<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiff, ALEX PACIFICO, and Defendants, MIDLAND CREDIT MANAGEMENT, INC., through their respective counsel of record, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that Plaintiff discontinues it's individual claims in the above captioned action against the Defendant(s) with prejudice, and discontinues it's class claims against Defendant(s) without prejudice, without costs or fees to any party as against any other party.

Dated:    Brooklyn, New York
          May 12, 2021

**Law Office of Simon Goldenberg, PLLC**

By:    /S/ SIMON GOLDENBERG
       Simon Goldenberg, Esq.
       818 East 16th Street
       Brooklyn, NY 11230
       T: 347-640-4357
       *Counsel for Plaintiff(s)*


Dated:    MAY 12, 2021

**Hinshaw & Culbertson LLP**

/S/ DANA B. BRIGANTI
Dana B. Briganti
800 Third Avenue, 13th Floor
New York, NY 10022
212-471-6248
212-935-1166 (fax)
DBriganti@hinshawlaw.com
*Counsel for and on behalf of*
*MIDLAND CREDIT MANAGEMENT, INC.,*

Case closed.
SO ORDERED.
/s/ JMA, USDJ
5/13/2021

-2-